UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Joshua Matthew Jones**,

Soc. Sec. No. xxx-xx-2890
Mailing Address: 1472 Rock Creek Dairy Road, Whitsett, NC 27377-

Debtor.

Case No.: 26-10134

Chapter 13

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 3/1/26, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Sheffield Financial LLC
C/O Its Registered Agent Ct Corporation System
Attn: Officer
160 Mine Lake Court
Suite 200
Raleigh, NC 27615

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 3/1/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Atlantic Bay Mortgage Group
Attn: Officer
Post Office Box 619094
Dallas, TX 75261-9741

Brock & Scott PLLC **
5431 Oleander Drive
Suite 200
Wilmington, NC 28403-5835

Capital One Bank
Post Office Box 85015
Richmond, VA 23285-5075

Citibank
701 East 60th Street North
Sioux Falls, SD 57104

Credit Corp Solutions
121 W Election Road Ste 200
Draper, UT 84020

Fannie Mae
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

GoodLeap, LLC
8781 Sierra College Blvd.
Roseville, CA 95661

Guilford County Tax Department
400 West Market Street
Greensboro, NC 27401

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

JPMCB - Card Services
301 N Walnut St
Floor 09
Wilmington, DE 19801-3935

Kirschbaum, Nanney, Keenan
& Griffin, P.A.
Post Office Box 19806
Raleigh, NC 27619

Lending Club******
Payment Solutions Dept
595 Market Street, Suite 200
San Francisco, CA 94105

LoanCare **
Attn: Officer
Post Office Box 8068
Virginia Beach, VA 23450

Midland Credit Management****
Attn: Consumer Support Services
320 E Big Beaver Rd, Ste 300
Troy, MI 48083

Portfolio Recovery Associates, LLC*
Disputes Department
140 Corporate Boulevard
Norfolk, VA 23502

Sheffield Financial
A Division of Truist Bank
Attn Officer/Managing Agent
214 N. Tryon St.
Charlotte, NC 27894

Sheffield Financial
A division of Truist Bank
Attn: Officer or Managing Agent
Post Office Box 849
Wilson, NC 27894

Spectrum
3140 West Arrowood Road
Charlotte, NC 28273-0001

Synchrony Bank
Post Office Box 965061
Orlando, FL 32896-5061

Synchrony Bank- Amazon
Post Office Box 965061
Orlando, FL 32896-5061

THD/CBNA
Post Office Box 6497
Sioux Falls, SD 57117-6497

The Credit Union Loan Source, LLC
Attn: Officer
3820 Mansell Road, Suite 140
Alpharetta, GA 30022

Truist Bank
Post Office Box 849
Wilson, NC 27894